IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL ROSS,<br><br>       Plaintiff,<br><br>vs.<br><br>NORTH LAKE COUNTY LIBRARY,<br>and ABBI DOOLEY,<br><br>       Defendants. | CV 25-121-M-KLD<br><br><br>ORDER |

On July 20, 2026, Plaintiff Michael Ross, who is proceeding pro se, filed a motion requesting that his upcoming deposition be taken by Zoom. (Doc. 23). Defendants responded to the motion on July 21, 2026, explaining that Ross's deposition is scheduled to proceed remotely on July 23, 2026, and they do not object to Ross appearing by Zoom. (Doc. 25). Because the relief requested in Ross's motion has already been provided,

IT IS ORDERED that Plaintiff's motion (Doc. 23) is DENIED as moot.

DATED this 22nd day of July, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1