UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL ROSS,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH LAKE COUNTY LIBRARY, et al,<br><br>Defendants. | Case No. CV-25-121-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

Dated this 26th day of October, 2026

TYLER P. GILMAN, CLERK

By: /s/ Hailey Jaksha
Deputy Clerk