IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL ROSS,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH LAKE COUNTY LIBRARY, and ABBI DOOLEY,<br><br>Defendants. | CV 25-121-M-KLD<br><br>ORDER |

On October 27, 2026, the Court issued an order scheduling a Zoom status conference to address case management matters for November 10, 2026, at 10:30 a.m. MST. (Doc. 48). The Court's order stayed proceedings until the conclusion of the status conference and prohibited the parties from filing additional motions, briefings, or other materials until the stay is lifted. (Doc. 48).

On November 6, 2026, in violation of the Court's order, Plaintiff submitted several materials for filing, including a proposed arrest warrant for Defendant Abbi Dooley. (Doc. 52). All of the materials in Plaintiff's submission are stricken from the record. (Doc 52). Plaintiff is cautioned that if he continues to violate orders of

//

the Court this case will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

DATED this 9th day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge